SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us



# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

March 4, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

MAR 10 2015

CHRISTOPHER A. PRINE

CLERK _____

Trina Arp
P.O. Box 12412
Odessa, TX 79768

RE:    **Court of Appeals Number:**  01-04-01150-CR        **Trial Court Case Number:**  765453

Style:  Michael Eugene Riley v. The State of Texas

We are forwarding the following via Lone Star Overnight (air bill tracking # ZS240473):

Clerk's record, Reporter's records and Briefs

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

RETURN RECEIPT

Received by _Trina Arp_ Date Received _3/10/15_

IRMA ARP
P.O. BOX 12412
ODESSA, TX 79768

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 10 2015

CHRISTOPHER A. PRINE
CLERK

7700023066

COURT OF APPEALS
FIRST DISTRICT
301 FANNIN STREET
HOUSTON, TX 77002-2066

02 1P
0001921042  MAR 06 2015
MAILED FROM ZIP CODE 79762

UNITED STATES POSTAGE
$ 000.480
PITNEY BOWES